McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
570 Broad Street
Suite 1500
Newark, New Jersey 07102-4560
(973) 565-2036
ekenny@mdmc-law.com
Attorneys for Plaintiff,
Symetra Life Insurance Company

| | |
|---|---|
| **SYMETRA LIFE INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**JJK 2016 INSURANCE TRUST,**<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.: 18-cv-12350 (MAS)(DEA) |

## CIVIL ACTION – NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as counsel in this action for Symetra Life Insurance Company. I certify that I am admitted to practice in this Court.

Dated: October 3, 2018

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Plaintiff,
Symetra Life Insurance Company

By: _/s/ Elizabeth A. Kenny_
Elizabeth A. Kenny, Esq.