FREDERICK C. BIEHL, III, ESQ.
SORIANO, HENKEL, BIEHL & MATTHEWS, P.C.
75 Eisenhower Parkway, Suite 110
Roseland, New Jersey 07068-1693
N.J. Attorney I.D. 015851982
Phone: (973) 364-0111
Fax: (973) 364-1073
Email: fredbiehl@shsbmlaw.com
Attorneys for Defendant, John Kelley

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| SYMETRA LIFE INSURANCE COMPANY, Plaintiff, v. JJK 2016 INSURANCE TRUST, MICHAEL LERNER, AS TRUSTEE OF THE JJK 2016 INSURANCE TRUST, JOHN KELLEY AND PATRIOT BENEFIT SOLUTIONS INSURANCE AGENCY, Defendants. | CIVIL ACTION<br><br>18-cv-1235- (MAS)(ZNQ)<br><br>**NOTICE OF APPEARANCE** |
|---|---|

**PLEASE TAKE NOTICE THAT** Frederick C. Biehl, III, of the firm of Soriano, Henkel, Biehl & Matthews, P.C., hereby enters appearance as counsel of record on behalf of Defendant, John Kelley.

Dated: June 15, 2020

SORIANO, HENKEL, BIEHL AND MATTHEWS, P.C.

BY: *[signature]*
Frederick C. Biehl, III, Esq.

## **CERTIFICATE OF SERVICE**

I, Frederick C. Biehl, III, of full age, certify that on June 15, 2020, I caused a copy of this Notice of Appearance to be served via ECF on all counsel of record registered for electronic service.

*/s/ Frederick Biehl*