## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2020, I caused a true and correct copy of the Answer, Affirmative Defenses and Cross-Claims of Third-Party Defendants Northeast Brokerage Inc. and Michael Costello to the Third-Party Complaint by JJK 2016 Insurance Trust and Michael Lerner, as Trustee to the JJK 2016 Insurance Trust, to be served on all counsel of record via the Court's electronic filing and notification system.

                                                **LYDECKER DIAZ**
                                                *Attorneys for Third-Party Defendants*
                                                *Northeast Brokerage Inc. and Michael*
                                                *Costello*

                            By:   */s/ Joseph Ross*
                                             Robert J. Pariser, Esq.
                                             Joseph Ross, Esq.

Dated: July 9, 2020